| | |
|---|---|
| LOIS EUGENE | NO. 19-C-224 |
| VERSUS | FIFTH CIRCUIT |
| BRETT DURONCELET, WASTE CONNECTION, INC., AND XYZ INSURANCE COMPANY | COURT OF APPEAL |
| | STATE OF LOUISIANA |

July 29, 2019

Susan Buchholz

First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Jude G. Gravois,
Hans J. Liljeberg, and John J. Molaison, Jr.

**REHEARING DENIED WITHOUT REASONS**

**JGG**
**HJL**
**JJM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

MARY E. LEGNON
INTERIM CLERK OF COURT

CHIEF DEPUTY CLERK

SUSAN BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **07/29/2019** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY

_____

MARY E. LEGNON
INTERIM CLERK OF COURT

**19-C-224**

### E-NOTIFIED

Guice A. Giambrone, III (Relator)          Carolan D. Luning (Relator)

### MAILED

Clarence J. Roby, Jr. (Respondent)
Attorney at Law
3701 Canal Street
Suite U
New Orleans, LA 70119